**Daniel Jesus ARZAGA, Plaintiff— Appellant,**

v.

**R. SNOW, Defendant—Appellee.**

**No. 07–55937.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 26, 2008 *.

Filed March 20, 2008.

Daniel Jesus Arzaga, CCIT–California Correctional Institution, Tehachapi, CA, pro se.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Daniel Arzaga, a California state prisoner, appeals pro se the district court's order denying him leave to file a civil rights action without prepayment of the full filing

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

fee. The district court did not abuse its discretion in denying Arzaga's application to proceed in forma pauperis under 28 U.S.C. § 1915(a) on the grounds that he did not authorize disbursements from his prison trust account to pay the filing fee in accordance with 28 U.S.C. § 1915(b) and did not completely answer a question regarding gifts or inheritances. *See James v. Madison Street Jail*, 122 F.3d 27, 27 (9th Cir.1997) (per curiam).

**AFFIRMED.**